THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER CARTER, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX RETAIL, LLC, d/b/a EXPRESS,<br><br>Defendant. | Case No. 2:26-cv-03543-TL<br><br>**STIPULATED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>October 15, 2026 |

Pursuant to Local Civil Rules 7(d)(1) and 7(j), Defendant Phoenix Retail, LLC, d/b/a Express ("Defendant"), by and through its undersigned counsel, respectfully moves for a 28-day extension of Defendant's deadline to move, answer, or otherwise respond to the Complaint, from October 28, 2026, through November 25, 2026. Plaintiff Jennifer Carter ("Plaintiff" and together with Defendant, the "Parties"), has agreed to the extension and does not oppose this motion.

In support of this Stipulated Motion, the Parties state as follows:

1. Plaintiff commenced this Action in King County Superior Court on August 17, 2026, and Defendant subsequently removed the Action to this Court on September 21, 2026. (ECF No. 1.)

2. Defendant's original deadline to move, answer, or otherwise respond to the Complaint was September 28, 2026.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3. On September 25, 2026, the Parties stipulated to a 30-day extension of Defendant's deadline to move, answer, or otherwise respond to the Complaint. (ECF No. 6.) Pursuant to that stipulation, Defendant's current deadline to move, answer, or otherwise respond to the Complaint is October 28, 2026.

4. The Parties now respectfully request a further 28-day extension, through November 25, 2026. Defendant requires additional time to investigate the allegations in order to respond to the Complaint. The requested extension is sought in good faith and not for purposes of delay.

Accordingly, the Parties respectfully request that the Court extend Defendant's deadline to move, answer, or otherwise respond to the Complaint from October 28, 2026, through November 25, 2026.

DATED: October 15, 2026.

*s/ Samuel J. Strauss*
Samuel J. Strauss (WSBA No. 46971)
Raina C. Borrelli (*pro hac vice forthcoming*)
STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Joshua R. Jacobson (*pro hac vice*)
JACOBSON PHILLIPS PLLC
2277 Lee Road, Suite B
Winter Park, FL 32789
Telephone: 321-447-6461
joshua@jacobsonphillips.com

*Attorneys for Plaintiff Jennifer Carter*

*s/ Blake Marks-Dias*
Blake Marks-Dias (WSBA No. 28169)
Colin M. George (WSBA No. 45131)
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Telephone: 206-625-8600
Facsimile: 206-625-0900
bmarksdias@corrcronin.com
cgeorge@corrcronin.com

Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: 212-735-3534
Facsimile: 917-777-3534
michael.mctigue@skadden.com
meredith.slawe@skadden.com

Archis A. Parasharami (*pro hac vice*)
Daniel E. Jones (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760
daniel.jones@skadden.com
archis.parasharami@skadden.com

*Attorneys for Defendant Phoenix Retail, LLC, d/b/a Express*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED this 19th day of October 2026

_______________________________
The Honorable Tana Lin
UNITED STATES DISTRICT JUDGE